ROBERT D. BACON, SB #73297
484 Lake Park Avenue, PMB 110
Oakland, California 94610
(510) 834-6219; FAX (510) 444-6861
E-mail: bacon2254@aol.com

QUIN DENVIR, SB #49374
Federal Defender
JENNIFER M. COREY, SB #215737
Assistant Federal Defender
801 I Street, 3d Floor
Sacramento, California 95814
(916) 498-6666; FAX (916) 498-6656

Attorneys for Petitioner

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE MAX BARNETT,<br><br>    Petitioner,<br><br>vs.<br><br>JILL BROWN, Warden of<br>San Quentin State Prison,<br><br>    Respondent. | No. CIV S 99-2416 DFL PAN P<br><br>**DEATH PENALTY CASE**<br><br>**[Proposed]**<br>**ORDER AMENDING BUDGET TO**<br>**REFLECT INCREASE**<br>**IN HOURLY RATE** |

On ex parte application of petitioner's counsel and good cause appearing, IT IS ORDERED:

1. The hourly compensation rate for Robert D. Bacon, counsel for Petitioner under the Criminal Justice Act, is increased from $110 to $160, retroactively to February 1, 2005.

2. The case budget for Phase 2, as last amended July 19, 2004, is further amended by adding an additional $2,500.00 to allow the increased rate to be applied to 50 hours of attorney time.

Signed April _20_, 2005.

    \_\_\_\_\_s/ Peter A. Nowinski_____
    PETER A. NOWINSKI
    UNITED STATES MAGISTRATE JUDGE