IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LEE MAX BARNETT,

        Petitioner,               CIV S-99-2416-DFL PAN P

v.                                       [~~PROPOSED~~] ORDER

STEVEN ORNOSKI, Acting Warden
of San Quentin State Prison,            CAPITAL CASE

        Respondent.

    Good cause appearing, it is ordered that the time for filing Respondent's Response to Order to Show Cause be extended two weeks, to and including October 31, 2005.

    Dated: October 19, 2005.

                                                /s/ Peter A. Nowinski
                                                PETER A. NOWINSKI
                                                Magistrate Judge