ROBERT D. BACON, SB #73297
484 Lake Park Avenue, PMB 110
Oakland, California 94610
(510) 834-6219; FAX (510) 444-6861
E-mail: bacon2254@aol.com

QUIN DENVIR, SB #49374
Federal Defender
JENNIFER M. COREY, SB #215737
Assistant Federal Defender
801 I Street, 3d Floor
Sacramento, California 95814
(916) 498-6666; FAX (916) 498-6656

Attorneys for Petitioner

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE MAX BARNETT,<br><br>             Petitioner,<br><br>     vs.<br><br>STEVEN W. ORNOSKI, Acting Warden of San Quentin State Prison,<br><br>             Respondent. | No.  CIV S 99-2416 DFL PAN P<br><br>**DEATH PENALTY CASE**<br><br>[~~PROPOSED~~]<br>**ORDER GRANTING PETITIONER'S UNOPPOSED REQUEST FOR EXTENSION OF TIME FOR REPLY** |

Good cause appearing, IT IS ORDERED:

Petitioner's request for extension of time is GRANTED, and the due date for petitioner's reply is extended from November 10, 2005, until **November 21, 2005**.

Dated:  November 2, 2005.

                                            /s/ Peter A. Nowinski
                                            PETER A. NOWINSKI
                                            Magistrate Judge