1

2

3

4

5

6           **IN THE UNITED STATES DISTRICT COURT**

7           **FOR THE EASTERN DISTRICT OF CALIFORNIA**

8

9    LEE MAX BARNETT,                    No. CIV S-99-2416 DFL CMK P

10              Petitioner,              **DEATH PENALTY CASE**

11        vs.                            **ORDER**

12   EDDIE YLST, Acting Warden,

13              Respondent.

14   _____/

15          Petitioner, a state prisoner proceeding with appointed counsel, brings this petition

16   for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pursuant to Federal Rule of Civil

17   Procedure 25(d), Eddie Ylst is substituted for his predecessor.  The Clerk of the Court is directed

18   to update the docket to reflect the above caption.

19          IT IS SO ORDERED.

20

21   DATED:   April 3, 2006.

22

23   _____
     **CRAIG M. KELLISON**
24   UNITED STATES MAGISTRATE JUDGE

25

26

1