# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

LEE MAX BARNETT,

    Petitioner,               No. CIV S-99-2416 DFL CMK P

    vs.                        **DEATH PENALTY CASE**

EDDIE YLST, et al.,

    Respondents.          <u>ORDER</u>

                              /

        Petitioner, a state prisoner proceeding with appointed counsel, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

        On March 10, 2006[1], the Ninth Circuit entered judgement affirming the judgment of the district court that petitioner's federal habeas petition be held in abeyance pending the exhaustion of his claims in state court.  The court will now require petitioner to file a status report following resolution of his claims by the state court.

///

///

---

[1] The March 10, 2006 judgment was docketed in this case on April 4, 2006.  (Doc. 178.)

1

1   Accordingly, IT IS HEREBY ORDERED that petitioner shall file a status report
2   within 20 days after resolution of petitioner's claims by the state court.

4   DATED: April 17, 2006.

```
                                    _____
                                    CRAIG M. KELLISON
                                    UNITED STATES MAGISTRATE JUDGE
```