# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

LEE MAX BARNETT,

    Petitioner,

vs.

ROBERT WONG, Warden,

    Respondent.

No. CIV S-99-2416 DFL CMK DP

DEATH PENALTY CASE

<u>ORDER</u>

    Petitioner, a state prisoner proceeding with appointed counsel, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. A case management conference in this matter is scheduled for August 21, 2006.

    IT IS ORDERED THAT the hearing set for August 21, 2006 is vacated; the case management conference is rescheduled to September 6, 2006 at 10:00 a.m before the undersigned at the United States District Court, Redding, California. All other dates in the June 5, 2006 order (doc. 191) remain unchanged.

    On March 10, 2006[1], the Ninth Circuit entered judgement affirming the judgment of the district court that petitioner's federal habeas petition be held in abeyance pending the

---

[1] The March 10, 2006 judgment was docketed in this case on April 4, 2006. (Doc. 178.)

1

1 exhaustion of his claims in state court.  The court will now require petitioner to file a status report
2 following resolution of his claims by the state court.
3        Accordingly, IT IS HEREBY ORDERED that petitioner shall file a status report
4 within 20 days after resolution of petitioner's claims by the state court.

6 DATED:  July 18, 2006.

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE