IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE MAX BARNETT, | No. CIV S-99-2416-RRB-CMK |
| Petitioner, | DEATH PENALTY CASE |
| vs. | <u>ORDER</u> |
| ROBERT L. AYERS, | |
| Respondent. | |
| _____/ | |

Petitioner, a state prisoner proceeding with appointed counsel, seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2254. A case management conference in this matter is currently scheduled for September 18, 2007. Due to a conflict in the court's schedule, the case management conference is hereby rescheduled to September 25, 2007, at 2:30 p.m. before the undersigned at the United State District Court in Redding, California. The parties are reminded that telephonic appearances are permitted.

IT IS SO ORDERED.

DATED: July 25, 2007.

*[signature]*
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

1