IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE MAX BARNETT, | No. CIV S-99-2416-RRB-CMK |
| Petitioner, | DEATH PENALTY CASE |
| vs. | <u>ORDER</u> |
| ROBERT L. AYERS, | |
| Respondent. | |
| _____ / | |

    Petitioner, a state prisoner proceeding with appointed counsel, seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2254. A case management conference in this matter is currently scheduled for September 25, 2007. Due to a conflict, the case management conference is hereby rescheduled to October 1, 2007, at 1:30 p.m. before the undersigned at the United State District Court in Redding, California. The parties are reminded that telephonic appearances are permitted.

    IT IS SO ORDERED.

DATED: July 27, 2007.

                                                           **CRAIG M. KELLISON**
                                                           UNITED STATES MAGISTRATE JUDGE