1

2

3

4

5

6

7

8               **IN THE UNITED STATES DISTRICT COURT**

9           **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   LEE MAX BARNETT,                    No. CIV S-99-2416-RRB-CMK

12               Petitioner,            DEATH PENALTY CASE

13         vs.                          <u>ORDER</u>

14   ROBERT L. AYERS,

15               Respondent.

16   _____/

17               Petitioner, a state prisoner proceeding with appointed counsel, seeks a writ of

18   habeas corpus pursuant to 28 U.S.C. § 2254.  Pending before the court are petitioner's pro se

19   filings (Docs. 241 & 242) requesting the removal of his appointed counsel, to represent himself

20   and to dismiss his petition.

21               It appears that petitioner may have the right to represent himself and to make the

22   choice to waive any further habeas proceedings.  <u>See</u> <u>Comer v. Schriro</u>, 480 F.3d 960 (9th Cir.

23   2007).  However, prior to the court ruling on these motions, or conducting any further

24   proceedings in relation to these motions, the court is requesting a response from appointed

25   counsel.

26   / / /

                                            1

1          Therefore, IT IS HEREBY ORDERED that appointed counsel respond to

2   petitioner's pro se request to represent himself and dismiss his petition within 30 days.

4   DATED:  January 3, 2008

                                                _____
6                                               **CRAIG M. KELLISON**
                                                UNITED STATES MAGISTRATE JUDGE