ROBERT D. BACON, Bar #73297
484 Lake Park Avenue, PMB 110
Oakland, California 94610
(510) 834-6219; FAX (510) 444-6861
E-mail: bacon2254@aol.com

DANIEL J. BRODERICK, Bar #89424
Federal Defender
JENNIFER M. COREY, Bar #215737
Assistant Federal Defender
801 I Street, Third Floor
Sacramento, California 95814
(916) 498-6666; FAX (916) 498-6656
Attorneys for Petitioner

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE MAX BARNETT,<br><br>      Petitioner,<br><br>  v.<br><br>ROBERT L. AYERS, JR., WARDEN,<br>    San Quentin State Prison<br><br>      Respondent. | NO. CIV-S-99-2416 JAM CMK<br><br>**ORDER GRANTING PETITIONER'S UNOPPOSED REQUEST FOR EXTENSION OF TIME**<br><br>DEATH PENALTY CASE |

On Petitioner's unopposed request, and good cause appearing, IT IS ORDERED:

The due date for all parties to file objections to the Magistrate Judge's Findings and Recommendations dated September 17, 2007 (Doc. 257) is extended by fourteen days, to and including **October 21, 2008.**

DATED: October 3, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE