ROBERT D. BACON, Bar #73297
484 Lake Park Avenue, PMB 110
Oakland, California 94610
(510) 834-6219; FAX (510) 444-6861
E-mail: bacon2254@aol.com

DANIEL J. BRODERICK, Bar #89424
Federal Defender
JENNIFER M. COREY, Bar #215737
Assistant Federal Defender
801 I Street, Third Floor
Sacramento, California 95814
Telephone: (916) 498-6666
Facsimile:  (916) 498-6656

Attorneys for Petitioner
LEE MAX BARNETT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE MAX BARNETT,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>ROBERT L. AYERS, JR., WARDEN,<br>　San Quentin State Prison<br><br>　　　　　Respondent.<br>_____ | NO. CIV-S-99-2416 JAM CMK<br><br>STIPULATION FOR ORDER TO SHORTEN TIME FOR HEARING ON PETITIONER'S MOTION FOR LEAVE TO TAKE DEPOSITION OF JACEK GABRYELSKI; ORDER<br>(Local Rule 6-144(e))<br><br>DEATH PENALTY CASE<br><br>Hearing Date:  Wednesday, October 22, 2008<br>Hearing Time:  10:00 a.m.<br>Location:  Redding  (Telephonic Appearances) |

　　　　Jennifer M. Corey and Robert D. Bacon, counsel for Petitioner LEE MAX BARNETT, and Deputy Attorney General Tami M. Warwick, counsel for Respondent, stipulate to the Court issuing an order shortening time for the hearing on Petitioner's motion for leave to depose Jacek Gabryelski.

Stipulation to Shorten Time for Hearing on
Petitioner's Motion for Leave to Take Deposition
of Jacek Gabryelski; [Proposed] Order

*Barnett v. Ayers,* CIV S-99-2416 JAM CMK

1     Respondent's agreement is conditioned on having one week to respond to the motion before it is heard. Petitioner will make his reply orally at the hearing.

    Petitioner's counsel checked with the Court's clerk, and learned that the Court will hear civil law and motions on Wednesday, October 22, at 10:00 a.m. The parties suggest that the Court hear the motion at that time.

Dated: October 10, 2008

Respectfully submitted,

| | |
|---|---|
| ROBERT D. BACON | EDMUND G. BROWN JR. |
| | Attorney General of the State of California |
| DANIEL J. BRODERICK | |
| Federal Defender | |
| | |
| /s/ Jennifer M. Corey | /s/ Tami M. Warwick (as approved 10/9/08) |
| JENNIFER M. COREY | Tami M. Warwick |
| Assistant Federal Defender | Deputy Attorney General |
| | |
| Attorneys for Petitioner | Attorneys for Respondent |
| LEE MAX BARNETT | |

Stipulation to Shorten Time for Hearing on
Petitioner's Motion for Leave to Take Deposition
of Jacek Gabryelski; [Proposed] Order

ORDER

Good cause appearing, and there being no opposition, it is hereby ordered that, pursuant to Eastern District Local Rule 6-144(e), the time for hearing Petitioner's motion for leave to take deposition of Jacek Gabryelski is hereby shortened.

Respondent shall serve and file any response to the motion no later than 5:00 p.m., Friday, October 17, 2008.

This Court will hear Petitioner's motion on   October 22  , 2008, at   10:00  ,  a .m. Counsel may appear telephonically.

It is so ordered.

DATED: October 15, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

Stipulation to Shorten Time for Hearing on Petitioner's Motion for Leave to Take Deposition of Jacek Gabryelski; [Proposed] Order

3                         *Barnett v. Ayers,* CIV S-99-2416 JAM CMK