ROBERT D. BACON, Bar #73297
484 Lake Park Avenue, PMB 110
Oakland, California 94610
(510) 834-6219; FAX (510) 444-6861
E-mail: bacon2254@aol.com

DANIEL J. BRODERICK, Bar #89424
Federal Defender
JENNIFER M. COREY, Bar #215737
Assistant Federal Defender
801 I Street, Third Floor
Sacramento, California 95814
Telephone: (916) 498-6666
Facsimile:  (916) 498-6656

Attorneys for Petitioner
LEE MAX BARNETT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE MAX BARNETT,<br><br>      Petitioner,<br><br>  v.<br><br>ROBERT WONG, ACTING WARDEN,<br>   San Quentin State Prison<br><br>      Respondent.<br>_____ | NO. CIV-S-99-2416 JAM CMK<br><br>PETITIONER'S MOTION TO FILE NON-PARTY'S MEDICAL RECORDS UNDER SEAL and ORDER<br><br><u>DEATH PENALTY CASE</u><br><br>Hearing Date: Thursday, August 6, 2009<br>Hearing Time: 11:00 a.m.<br>Location:  Redding  (Telephonic Appearances) |

      Jennifer M. Corey and Robert D. Bacon, counsel for Petitioner LEE MAX BARNETT, pursuant to Local Rules 39-140(a)(vi) and  39-141(a), respectfully request leave to file under seal medical records of non-party Charles Andres.  Contemporaneously with this motion, Mr. Barnett is filing a motion to take the deposition of Mr. Andres to perpetuate his testimony because of his terminal illness.  In support of his motion to file under seal, Mr. Barnett states:

1  Congress has guaranteed the privacy of medical records.  *See* Regulations implementing the Health
2  Insurance Portability and Accountability Act of 1996 (HIPAA), P.L. 104-191, 45 C.F.R. Parts 160 and 164
3  (effective April 14, 2003).  The Ninth Circuit has held that "[i]ndividuals have a constitutionally protected
4  interest in avoiding 'disclosure of personal matters,' including medical information." *Tucson Women's*
5  *Clinic v. Eden,* 379 F.3d 531, 551 (9th Cir. 2004).  California likewise has recognized that medical
6  information is personal and confidential.  *Hill v. Nat'l Collegiate Athletic Ass'n*, 7 Cal. 4th 1, 41 (1994).
7  The right to privacy in one's medical records is protected by Article I, section 1, of the California
8  Constitution.  *John B. v. Superior Court*, 38 Cal. 4th 1177, 1198 (2006).  *See also* Eastern District Local
9  Rule 39-140(a)(vi) (information required to be kept confidential pursuant to federal law must be redacted).

10  Mr. Barnett must submit Mr. Andres's medical records to substantiate his claim that Mr. Andres is
11  terminally ill, therefore Mr. Barnett should be permitted to take his deposition to perpetuate his testimony.
12  However, there is no reason for Mr. Andres's personal, confidential medical information to be made
13  public simply so that Mr. Barnett can vindicate his rights to due process and a fair habeas corpus
14  proceeding.

15  Petitioner provided Mr. Andres's medical records to Respondent's counsel on July 13, and will
16  provide them again with this motion.  Petitioner seeks to protect Mr. Andres's records from public view,
17  but not from Respondent's view.

18  WHEREFORE, Mr. Barnett respectfully requests that this Court accept for filing under seal Mr.
19  Andres's medical records, submitted in support of Mr. Barnett's motion for leave to take deposition of
20  Charles Andres.

21  Dated:  July 21, 2009                                   Respectfully submitted,

22                                                          ROBERT D. BACON

23                                                          DANIEL J. BRODERICK
                                                            Federal Defender
24

25
                                                             /s/ Jennifer M. Corey
26                                                          JENNIFER M. COREY
                                                            Assistant Federal Defender
27
                                                            Attorneys for Petitioner
28                                                          LEE MAX BARNETT

Motion to File Non-Party's Medical Records
Under Seal; Proposed Order
                                                       2       *Barnett v. Wong,* CIV S-99-2416 JAM CMK

ORDER

Good cause appearing, Petitioner's Motion to File Non-Party's Medical Records Under Seal is GRANTED. Charles Andres's medical records, submitted in support of Petitioner's Motion for Leave to Take Deposition of Charles Andres, shall be [lodged] under seal.

DATED: July 27, 2009

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE