ROBERT D. BACON, Bar #73297
484 Lake Park Avenue, PMB 110
Oakland, California 94610
(510) 834-6219; FAX (510) 444-6861
E-mail: bacon2254@aol.com

DANIEL J. BRODERICK, Bar #89424
Federal Defender
JENNIFER M. COREY, Bar #215737
Assistant Federal Defender
801 I Street, Third Floor
Sacramento, California 95814
Telephone: (916) 498-6666
Facsimile: (916) 498-6656

Attorneys for Petitioner
LEE MAX BARNETT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE MAX BARNETT,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>ROBERT WONG, ACTING WARDEN,<br>　　San Quentin State Prison<br><br>　　　　　　Respondent.<br>_____ | NO. CIV-S-99-2416 JAM CMK<br><br>STIPULATION FOR ORDER TO SHORTEN<br>TIME FOR HEARING ON PETITIONER'S<br>MOTION FOR LEAVE TO TAKE DEPOSITION<br>OF CHARLES ANDRES; ORDER<br>(Local Rule 6-144(e))<br><br><u>DEATH PENALTY CASE</u><br><br>Hearing Date: Thursday, August 6, 2009<br>Hearing Time: 11:00 a.m.<br>Location: Redding (Telephonic Appearances) |

　　　　Jennifer M. Corey and Robert D. Bacon, counsel for Petitioner LEE MAX BARNETT, and Deputy Attorney General Tami Krenzin, counsel for Respondent, stipulate to the Court issuing an order shortening time for the hearing on Petitioner's motion for leave to depose Charles Andres.

Stipulation to Shorten Time for Hearing on
Petitioner's Motion for Leave to Take Deposition
of Charles Andres; [Proposed] Order

*Barnett v. Wong,* CIV S-99-2416 JAM CMK

1  Respondent's agreement is conditioned on having one week to respond to the motion before it is
2  heard. Petitioner will make any reply orally at the hearing.
3  Dated: July 21, 2009

5  Respectfully submitted,

| | |
|---|---|
| ROBERT D. BACON | EDMUND G. BROWN JR.<br>Attorney General of the State of California |
| DANIEL J. BRODERICK<br>Federal Defender | |
| /s/ Jennifer M. Corey<br>JENNIFER M. COREY<br>Assistant Federal Defender | /s/ Tami Krenzin (as approved 7/20/09)<br>TAMI KRENZIN<br>Deputy Attorney General |
| Attorneys for Petitioner<br>LEE MAX BARNETT | Attorneys for Respondent |

Stipulation to Shorten Time for Hearing on
Petitioner's Motion for Leave to Take Deposition
of Charles Andres; [Proposed] Order

2                          *Barnett v. Wong,* CIV S-99-2416 JAM CMK

ORDER

Good cause appearing, and there being no opposition, it is hereby ordered that, pursuant to Eastern District Local Rule 6-144(e), the time for hearing Petitioner's motion for leave to take deposition of Charles Andres is hereby shortened.

Respondent shall serve and file any response to the motion no later than 5:00 p.m., Thursday, July 30, 2009.

This Court will hear Petitioner's motion on Thursday, August 6, 2009, at 11:00 a.m. Counsel may appear telephonically.

It is so ordered.

DATED: July 24, 2009

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

Stipulation to Shorten Time for Hearing on
Petitioner's Motion for Leave to Take Deposition
of Charles Andres; [Proposed] Order

3

*Barnett v. Wong,* CIV S-99-2416 JAM CMK