ROBERT D. BACON, Bar #73297
484 Lake Park Avenue, PMB 110
Oakland, California 94610
(510) 834-6219; FAX (510) 444-6861
E-mail: bacon2254@aol.com

DANIEL J. BRODERICK, Bar #89424
Federal Defender
JENNIFER MANN, Bar #215737
Assistant Federal Defender
801 I Street, Third Floor
Sacramento, California 95814
Telephone: (916) 498-6666
Facsimile:  (916) 498-6656

Attorneys for Petitioner
LEE MAX BARNETT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE MAX BARNETT,<br><br>            Petitioner,<br><br>     v.<br><br>VINCENT CULLEN, ACTING WARDEN,<br>     San Quentin State Prison<br><br>            Respondent. | NO. CIV-S-99-2416 JAM CMK<br><br>ORDER CORRECTING CLERICAL MISTAKE<br>IN APRIL 29, 2010 ORDER (DOC. 295)<br><br><u>DEATH PENALTY CASE</u> |

On application of petitioner, and good cause appearing, IT IS ORDERED:

In order to correct an error, Order No. 295, issued on April 29, 2010, is amended on page 3, line 16, by striking out "107" and inserting "117."

Dated: June 9, 2010

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Judge

Order Correcting Clerical Mistake
in April 29, 2010 Order                          *Barnett v. Cullen,* CIV S-99-2416 JAM CMK