ROBERT D. BACON, Bar #73297
484 Lake Park Avenue, PMB 110
Oakland, California 94610
(510) 834-6219; FAX (510) 444-6861
E-mail: bacon2254@aol.com

DANIEL J. BRODERICK, Bar #89424
Federal Defender
JENNIFER MANN, Bar #215737
Assistant Federal Defender
801 I Street, Third Floor
Sacramento, California 95814
Telephone: (916) 498-6666
Facsimile:  (916) 498-6656

Attorneys for Petitioner
LEE MAX BARNETT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE MAX BARNETT,<br><br>　　　　Petitioner,<br><br>　v.<br><br>VINCENT CULLEN, ACTING WARDEN,<br>　San Quentin State Prison<br><br>　　　　Respondent. | NO. CIV-S-99-2416 JAM CMK<br><br>ORDER DISMISSING UNEXHAUSTED<br>CLAIMS FROM THIRD AMENDED PETITION<br><br><u>DEATH PENALTY CASE</u> |

　　　　Pursuant to the Court's order dated April 29, 2010 (Doc. 295), Petitioner Lee Max Barnett has notified the Court that he elects to dismiss the unexhausted claims from his third amended petition (Doc. 183) without prejudice. Accordingly, IT IS HEREBY ORDERED that:

　　　　The following claims and parts of claims are dismissed from petitioner's third amended petition without prejudice:

　　　　1)　　The portions of Claim 13 relating to Turowski and Hammons (Third Amended Petition [Doc. 183] at 269-70, ¶¶ 997-1002), and ineffective assistance of counsel claims relating to

these witnesses (3d Am. Petn. at 170-71, ¶¶ 1003 & 1005);

2) The portion of Claim 54 regarding the anonymous letter (3d Am. Petn. at 439, ¶ 1512, including the claim of ineffective assistance of counsel relating to the anonymous letter (3d Am. Petn. at 441, ¶ 1517);

3) The portion of Claim 104 based on the newly discovered tape-recorded conversation between Petitioner and Gabryelski (3d Am. Petn. at 669, ¶ 2257 n. 206), including the claim of ineffective assistance of counsel (3d Am. Petn. at 672, ¶ 2265);

4) Claim 117; and

5) Claim 118.

Dated: June 14, 2010

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Judge