IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE MAX BARNETT, | No. CIV S-99-2416-JAM-CMK |
| Petitioner, | DEATH PENALTY CASE |
| vs. | <u>ORDER</u> |
| VINCENT CULLEN, | |
| Respondent. | |
| _____/ | |

      Petitioner, a state prisoner proceeding with appointed counsel, seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the court is petitioner's pro se motion to file an amended petition (Doc. 318).

      Petitioner has been admonished several times throughout the course of this action regarding his pro se submissions. The court has informed petitioner that all such filings shall be completed through counsel, and that any pro se filings like the one currently before the court, will be stricken. (Docs. 70, 78, 203). Therefore, the Clerk of the Court will be instructed to strike petitioner's motion from the docket. Petitioner is again admonished about filing motions pro se. Such filings shall occur through counsel or not at all.

/ / /

1    Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to
2    strike petitioner's pro se motion to amend (Doc. 318) from the docket.

4    DATED: September 1, 2011

     _____
     **CRAIG M. KELLISON**
     UNITED STATES MAGISTRATE JUDGE