**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LEE MAX BARNETT,<br><br>    Petitioner,<br><br>    v.<br><br>RON BROOMFIELD,<br><br>    Respondent. | No. 2:99-CV-2416-JAM-DMC<br><br>**DEATH PENALTY CASE**<br><br><u>ORDER</u> |

Petitioner, a state prisoner proceeding with appointed counsel, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

A review of the docket reflects that related proceedings may still be pending in state court. The parties shall file a joint report within 30 days of the date of this order on the status of any pending state court proceedings and, if none is pending, the status of the instant federal proceeding.

IT IS SO ORDERED.

Dated: August 27, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE