IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE MAX BARNETT,<br><br>    Petitioner,<br><br>    v.<br><br>RON BROOMFIELD,<br><br>    Respondent. | No.  2:99-CV-2416-JAM-DMC<br><br>DEATH PENALTY CASE<br><br><u>ORDER</u> |

Petitioner, a state prisoner proceeding with appointed counsel, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pending before the Court is Petitioner's motion, ECF No. 397, for issuance of a stay-and-abeyance order pending further proceedings in state court.  In his motion, Petitioner asks that the matter be decided on the papers without a hearing.  Respondent has not objected to this request.  Accordingly, and for good cause shown, the hearing set for January 26, 2022, at 10:00 a.m., before the undersigned in Redding, California, is hereby vacated and the matter is submitted without oral argument.

IT IS SO ORDERED.

Dated:  January 19, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1