| | |
|---|---|
| LEE MAX BARNETT,<br><br>Petitioner,<br><br>v.<br><br>RON BROOMFELD,<br><br>Respondent. | No. 2:99-cv-02416-DAD-DMC (HC) (DP)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING PETITIONER'S MOTION FOR STAY AND ABEYANCE<br><br>(Doc. Nos. 397, 403) |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Petitioner Lee Max Barnett is a state prisoner proceeding with counsel with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On August 3, 2022, the assigned magistrate judge issued findings and recommendations, recommending that petitioner's motion for a stay and abeyance order be granted. (Doc. Nos. 397, 403.) The findings and recommendations were served on the parties and contained notice that any objections were to be filed within fourteen (14) days from the date of service of that order. To date, no party has filed objections, and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

/////

1

Accordingly,

1. The findings and recommendations issued on August 3, 2022 (Doc. No. 402) are adopted in full;

2. Petitioner's motion for stay and abeyance to permit exhaustion of claims in state court, filed November 22, 2021 (Doc. No. 397) is granted;

3. This action is stayed pursuant to *Kelly v. Small*, 315 F.3d 1063 (9th Cir. 2003), *overruled on other grounds by Robbins v. Carrey*, 481 F.3d 1143 (9th Cir. 2007);

4. Petitioner is directed to file a status report within ninety (90) days of the date of this order advising the court the status of the state court proceedings, and shall file an additional status report every ninety (90) days thereafter; and

5. Within thirty (30) days after the state court issues a final order resolving the unexhausted claims, petitioner shall file a motion to lift the stay and an amended habeas petition setting forth all exhausted claims.

IT IS SO ORDERED.

Dated: **January 23, 2023**

_Dale A. Drozd_
UNITED STATES DISTRICT JUDGE