UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE MAX BARNETT,<br><br>                 Petitioner,<br><br>   v.<br><br>WARDEN of San Quentin State Prison,<br><br>                 Respondent. | Case No. 2:99-cv-02416-DJC-DMC<br><br>**CAPITAL CASE**<br><br>**ORDER** |

    Before the Court is a motion, ECF No. 415, brought by Petitioner Lee Max Barnett to substitute James S. Hill, the Warden of the Richard J. Donovan Correctional Facility (RJD), as Respondent in place of Chance Andes, the acting Warden of San Quentin State Prison. Mr. Barnett's counsel aver that the California Department of Corrections and Rehabilitation transferred Mr. Barnett from the custody of Warden Andes of San Quentin State Prison to the custody of Warden Hill at RJD.

    Petitioner's counsel represent that Respondent's counsel, Deputy Attorney General David Lowe, does not oppose the motion.

/ / /

The Court finds good cause to grant Petitioner's unopposed motion. Accordingly, pursuant to 28 U.S.C. § 2242, Federal Rule of Civil Procedure 25, and Rule 2(a) of the Rules Governing Section 2254 Cases in the United States District Courts, James S. Hill, Warden at Richard J. Donovan Correctional Facility is substituted as respondent for Chance Andes, Warden at San Quentin State Prison.

IT IS SO ORDERED.

Dated:  October 17, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE